IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED
2015 JUL 22 PM 4:17
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

Amy E. Dyer
Plaintiff

-vs-

Parker Hannifin
Defendant(s)

CASE NO. 1:15 CV 1449

JUDGE: JUDGE POLSTER

MAG. JUDGE VECCHIARELLI

COMPLAINT

Upon reviewing the dismissal file I can clearly see much oversight and false statements by the defend-ants responses. I would like a chance to seek council to prove my case.

Amy E Dyer
*Amy E. Dyer*
9045 Newton falls
Ravenna, Ohio
330-801-4063